THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEIGHTON POWELL, Appellant. [864 NYS2d 379]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed June 8, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Lifson, J.P., Dillon, McCarthy and Chambers, JJ., concur.